**LITTLER MENDELSON, P.C.**
Scott C. Silverman, Esq. (N.J. Bar No. 137112015)
One Newark Center, 8th Floor
Newark, New Jersey 07102
P: 973-848-4700
E: Scsilverman@littler.com
*Attorneys for Defendants*
*Black Diamond Aviation Group, LLC and*
*Stephen Deckoff*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADAM TOOMBS,<br><br>                Plaintiff,<br><br>v.<br><br>BLACK DIAMOND AVIATION GROUP LLC., STEPHEN DECKOFF, PAMELA DECKOFF, ALLEGRA BLINKEN, JOHN AND JANE DOES 1-10, and ABC CORPORATIONS 1-10,<br><br>                Defendants. | Civil Action No. 2:24-cv-726<br><br>**LOCAL RULE 7.1.1 DISCLOSURE STATEMENT**<br><br>**Electronically Filed** |

Pursuant to Local Civil Rule 7.1.1, Black Diamond Aviation Group LLC ("BDAG") and Stephen Deckoff (collectively "Defendants") make the following statement: Defendants are not aware of any person or entity that is not a party to the above-captioned litigation and that is providing funding for some or all of the attorneys' fees and expenses for this litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

**LITTLER MENDELSON, P.C.**
Attorneys for Defendants


By: /s/ *Scott C. Silverman*
      Scott C. Silverman

Dated: February 7, 2024