UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADAM TOOMBS,<br><br>               *Plaintiff,*<br><br>    v.<br><br>BLACK DIAMOND AVIATION GROUP, LLC, STEPHEN DECKOFF, PAMELA DECKOFF, ALLEGRA BLINKEN, JOHN AND JANE DOES 1-10, and ABC CORPORATIONS 1-10,<br><br>               *Defendants.* | Civil No.: 24-cv-726 (KSH) (CLW)<br><br>**ORDER** |

THIS MATTER comes before the Court on the motion to dismiss with prejudice (D.E. 11) by defendants Black Diamond Aviation Group, LLC and Stephen Deckoff for lack of personal jurisdiction over Deckoff under Fed. R. Civ. P. 12(b)(2) and for failure to state a claim upon which relief can be granted against Black Diamond under Fed. R. Civ. P. 12(b)(6). In his opposition letter brief (D.E. 14), plaintiff Adam Toombs asserts that this Court lacks personal jurisdiction over both defendants and "requests that the matter be dismissed without prejudice." In their reply letter brief (D.E. 16), defendants argue the Court has personal jurisdiction over Black Diamond and ask the Court to consider their motion to dismiss with prejudice on the merits.

Fed. R. Civ. P. 41(a)(1)(A)(i) gives plaintiffs the right to voluntarily dismiss "before the opposing party serves either an answer or a motion for summary judgment." The Court having confirmed that defendants have not filed an answer or a motion for summary judgment; and the Court having fairly construed plaintiff's opposition (D.E. 14) as a notice of voluntary dismissal without prejudice under Rule 41(a)(1)(A)(i); and the

1

Court therefore concluding that it may not consider defendants' motion to dismiss, *see In re Bath & Kitchen Fixtures Antitrust Litig.*, 535 F.3d 161, 166 (3d Cir. 2008) (holding that a plaintiff's effective Rule 41(a)(1)(A)(i) notice of voluntary dismissal "deprives the district court of jurisdiction to decide the merits" of a defendant's motion to dismiss),

**IT IS,** on this 23rd day of April, 2024,

**ORDERED** that the case is voluntarily dismissed without prejudice, defendants' motion (D.E. 11) is terminated as moot, and the Clerk of the Court is directed to close the case.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.